IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

GARRETT HOFFMAN,
    Plaintiff,

v.                                                              Civil No. 1:21cv1443 (DJN)

BEAR CHASE BREWING COMPANY,
LLC,
    Defendant.

**ORDER**
**(Adopting Report and Recommendations)**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge William E. Fitzpatrick, entered on March 19, 2024. (ECF No. 120.) The time to file objections to the Report and Recommendation has expired, and no party has objected. The Court has considered the Report and Recommendation and has found no clear error.[1]

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS as follows:

1. The Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 120) as its own.

2. The Court hereby GRANTS Plaintiff's Motion to Award Liquidated Damages (ECF No. 86) and AWARDS Plaintiff liquidated damages in the amount of **$34,245.61**, in addition to the $34,245.61 awarded by the jury as compensatory damages.

---

[1] In the absence of objections to a magistrate judge's report, a court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

3. The Court hereby GRANTS IN PART and DENIES IN PART Plaintiff's Motions for Attorneys' Fees and Costs (ECF Nos. 88, 93, 104 and 114). Specifically, the Court AWARDS Plaintiff **$289,275** in attorneys' fees and **$20,418.17** in costs.

4. The Court ALLOWS post-judgment interest on Plaintiff's compensatory damages ($34,245.61), to be calculated from May 12, 2023, in accordance with 28 U.S.C. § 1961.

5. The Court DIRECTS Defendant to pay all financial obligations to Plaintiff within 30 days of the date of this Order, i.e., not later than May 3, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is SO ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: April 3, 2024